THE HONORABLE TIFFANY M. CARTWRIGHT

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MELISSA GONZALEZ, individually,<br><br>                  Plaintiff,<br><br>    v.<br><br>MULTICARE HEALTH SYSTEM, a Washington Corporation,<br><br>                  Defendant. | No. 3:23-cv-06053-TMC<br><br>**STIPULATED MOTION AND ORDER OF DISMISSAL WITH PREJUDICE**<br><br>Submitted: March 31, 2025<br>Without Oral Argument |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Melissa Gonzalez and Defendant MultiCare Health System (collectively "the Parties" and individually "a Party"), by and through their respective undersigned attorneys, hereby stipulate to the dismissal of all claims in this matter with prejudice, with each Party to bear their own attorney fees and costs.

SO STIPULATED this 1st day of April, 2025.

| | |
|---|---|
| VAN SICLEN, STOCKS & FIRKINS<br>*Attorneys for Plaintiff*<br>***Electronic signature added per email authority on 04-01-2025*<br>By   /s/ Jeffrey O. Musto<br>    Jeffrey O. Musto, WSBA #52805<br>    721 45th Street, NE<br>    Auburn, WA 98002<br>    Telephone: 253.859.8899<br>    jmusto@vansiclen.com | DAVIS WRIGHT TREMAINE LLP<br>*Attorneys for Defendant*<br><br>By */s/ Scott Prange*<br>    Devin Smith, WSBA #42219<br>    Scott Prange, WSBA #53980<br>    920 Fifth Avenue, Suite 3300<br>    Seattle, WA 98104-1610<br>    Telephone: 206.322.3150<br>    devinsmith@dwt.com<br>    scottprange@dwt.com |

STIPULATED MOTION AND ORDER OF DISMISSAL WITH PREJUDICE - 1
(Case No. 3:23-cv-06053-TMC)

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

Based on the foregoing Stipulation and Motion of All Parties,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that this case be and is dismissed with prejudice and without costs to any party.

DATED this 1st day of April, 2025.

_____
HONORABLE TIFFANY M. CARTWRIGHT
United States District Judge

**PRESENTED BY:**

DAVIS WRIGHT TREMAINE LLP
*Attorneys for Defendant MultiCare Health System*

By  /s/ Scott Prange
    Devin Smith, WSBA #42219
    Scott Prange, WSBA #53980
    920 Fifth Avenue, Suite 3300
    Seattle, WA  98104-1610
    Telephone:  206.322.3150
    devinsmith@dwt.com
    scottprange@dwt.com

**STIPULATED / AGREED AS TO FORM:**

VAN SICLEN, STOCKS & FIRKINS
*Attorneys for Plaintiff*
***Electronic signature added per email authority on 04-01-2025***
By     /s/ Jeffrey O. Musto
    Jeffrey O. Musto, WSBA #52805
    721 45th Street, NE
    Auburn, WA  98002
    Telephone:  253.859.8899
    jmusto@vansiclen.com

STIPULATED MOTION AND ORDER OF
DISMISSAL WITH PREJUDICE - 2
(Case No. 3:23-cv-06053-TMC)

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax